IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00229-CR

 

Ex
parte Darryl Williams

 

 

 



From the 54th District
Court

McLennan County, Texas

Trial Court No. 09-9236

 



MEMORANDUM  Opinion



 

This original proceeding, in which a pro
se jailed arrestee seeks pre-indictment, pretrial habeas corpus relief, is
dismissed for lack of jurisdiction.[1]

 

 

 

REX D. DAVIS

Justice

 




Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Petition
dismissed

Opinion
delivered and filed July 29, 2009

Do
not publish

[CR25]








 









[1] The petition for writ
of habeas corpus lacks proof of service on anyone other than this Court.  A
copy of all documents presented to the Court must be served on all parties
(e.g., the trial court and the district attorney) and must contain proof
of service.  Tex. R. App. P. 9.5,
52.2.  Proof of service may be in the form of either an acknowledgement of
service by the person served or a certificate of service.  Tex. R. App. P. 9.5(d).  A certificate
of service must be signed by the person who made the service, and must state
(1) the date and manner of service, (2) the name and address of each person
served, and (3) if the person served is a party’s attorney, the name of the
party represented by that attorney.  Id. at (e).  To expedite this
matter, we implement Rule of Appellate Procedure 2 to suspend Rule 9.5’s
proof-of-service requirement.